UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs. | §  CASE NO.: 09-20264 |
| ERIC TAYLOR | §  AFFIDAVIT IN SUPPORT OF FACTS |

COMES NOW, Eric Taylor, the defendant in the above case action and hereby present this **Affidavit In Support Of The Facts** pertaining to the charged offenses in this case. I, Eric Taylor do swear under the penalties of perjury that the following statements of facts is the truth as I know them, and if called upon by this Honorable Court I would testify under oath that the following statements of facts is the truth as I know it. I, Eric Taylor now state the following:

(1). I, Eric Taylor, was charged in count 1 of the indictment in this case which alleged in part that myself, Junior Sylvin, and Emmanuel Othello aka "Mono" were involved in a drug trafficking conspiracy involving 500 grams or more of cocaine, and 5 grams or more of cocaine base.

(2). During sentencing the government alleged that Mr. Sylvin was the leader in the conspiracy and that he held dominion of me and others, this was incorrect.

(3). I was willing to testify on behalf of Junior Sylvin to the fact that he was not the leader of the conspiracy and did not have dominion over me at any time, but my defense attorney refused me to do such.

Date: 4-30-13

Eric Taylor

NOTARY PUBLIC-STATE OF FLORIDA
Ariene M. Griffin
Commission # EE029386
Expires: OCT. 01, 2014
BONDED THRU ATLANTIC BONDING CO., INC.
Notary Stamp

4-30-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| vs. | § § | CASE NO.:09-20264 |
| FRANTZ STERLIN | § § § | AFFIDAVIT IN SUPPORT OF FACTS |

**COMES NOW,** Frantz Sterlin, the defendant in the above case action and hereby present this **Affidavit In Support Of The Facts** pertaining to the charged offense[s] in this case. I, Frantz Sterlin, do swear under the penalties of perjury that the following statement of facts is the truth as I know them, and if called upon by this Honorable Court I would testify under oath that the following statements of facts is the truth as I know it. I, Frantz Sterlin now state the following:

(1). I, Frantz Sterlin, was charged in **count 1** of the indictment in the above case which alleged in part that myself and Junior Sylvin did conspire to possess with intent to distribute a controlled substance in violation of 21 U.S.C.S. 841(a)(1), 21 U.S.C.S. 846. The indictment further alleged that the controlled substance was (500 grams or more of cocaine), and (5 grams or more of cocaine base).

(2). During pre-trial proceedings I stated to my defense attorney that I was not involved in any illegal transactions with Junior Sylvin and at no time did he ever have dominion over me in any illegal transactions.

(3). I ask my defense attorney to place me on the witness list in Junior Sylvin case inorder that I may testify to the fact of me never being in a conspiracy to distribute cocaine with the before mention (Junior Sylvin), nor was he a leader in the conspiracy.

Date: 4-15-13

FCC Coleman, Florida  Sumter County
Subscribed and sworn before me this
15 day of April, 2013.

_____
Case Manager
Authorized by the Act of July 7, 1955, as
amended, to administer oaths (18 USC§4004)

_Frantz Sterlin_
Frantz Sterlin

_____
Notary